RECEIVED
APR 20 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

Clerk's Office
A True Copy
April 23, 2012
Deputy Clerk, U.S. District Court
Western District of Louisiana
Shreveport, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS
LIABILITY LITIGATION                                     MDL No. 2299

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-15)

On December 29, 2011, the Panel transferred 11 civil action(s) to the United States District Court for the Western District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 200 additional action(s) have been transferred to the Western District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Rebecca F Doherty.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Louisiana and assigned to Judge Doherty.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Western District of Louisiana for the reasons stated in the order of December 29, 2011, and, with the consent of that court, assigned to the Honorable Rebecca F Doherty.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 20, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ACTOS (PIOGLITAZONE) PRODUCTS  
LIABILITY LITIGATION

MDL No. 2299

### SCHEDULE CTO-15 – TAG-ALONG ACTIONS

Assigned Western District of Louisiana  
Case Number

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | ALABAMA MIDDLE | | | |
| 6:12-cv-0962 | ALM | 2 | 12-00232 | Pierce v. Takeda Pharmaceuticals U.S.A., Inc. et al |
| | CALIFORNIA EASTERN | | | |
| 6:12-cv-0963 | CAE | 2 | 12-00841 | Nguyen v. Takeda Pharmaceuticals America Inc., et al |
| | CALIFORNIA NORTHERN | | | |
| 6:12-cv-0964 | CAN | 3 | 12-00840 | Jeppson et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0965 | CAN | 3 | 12-01269 | Gildernew v. Takeda Pharmaceuticals America, Inc et al |
| 6:12-cv-0966 | CAN | 4 | 12-00841 | Lema et al v. Takeda Pharmaceuticals America, Inc. et al |
| | CALIFORNIA SOUTHERN | | | |
| 6:12-cv-0967 | CAS | 3 | 12-00470 | Banacka v. Takeda Pharmaceuticals North America, Inc. et al |
| 6:12-cv-0968 | CAS | 3 | 12-00513 | Reece v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0969 | CAS | 3 | 12-00762 | Hildner v. Takeda Pharmaceuticals America, Inc. et al |
| | MARYLAND | | | |
| 6:12-cv-0970 | MD | 1 | 12-01081 | Brown v. Takeda Pharmaceuticals America, Inc. et al |
| | NEW JERSEY | | | |
| 6:12-cv-0971 | NJ | 1 | 12-01757 | JOHNSON et al v. TAKEDA PHARMACEUTICALS AMERICA, INC. et al |
| 6:12-cv-0972 | NJ | 1 | 12-01888 | KRUGER et al v. TAKEDA PHARMACEUTICALS AMERICA, INC. et al |
| 6:12-cv-0973 | NJ | 3 | 12-00383 | RUFF v. TAKEDA PHARMACEUTICALS NORTH AMERICA INC. et al |
| 6:12-cv-0974 | NJ | 3 | 12-01934 | KOSSER v. TAKEDA PHARMACEUTICALS NORTH AMERICA INC. et al |

| | NEW YORK EASTERN | | | |
|---|---|---|---|---|
| 6:12-cv-0975 | NYE | 1 | 12-00960 | Costa et al v. Takeda Pharmaceuticals America, Inc. et al |
| 6:12-cv-0976 | NYE | 1 | 12-01284 | Cordts et al v. Takeda Pharmaceutical America, Inc. et al |
| 6:12-cv-0977 | NYE | 1 | 12-01285 | Free et al v. Takeda Pharmaceuticals America, Inc. et al |
| | NEW YORK NORTHERN | | | |
| 6:12-cv-0978 | NYN | 3 | 12-00278 | Ott et al v. Takeda Pharmaceuticals U.S.A. Inc. et al |
| | NEW YORK SOUTHERN | | | |
| 6:12-cv-0979 | NYS | 1 | 12-02173 | Walters et al v. Takeda Pharmaceuticals U.S.A. Inc. et al |
| 6:12-cv-0980 | NYS | 1 | 12-02174 | Cohen v. Takeda Pharmaceuticals U.S.A. Inc. et al |